**Form 604**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Tracey L. Moranduzzo** | : | Case No. 14−23355−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 60 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 1/15/20 at 11:00 AM |
| | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

   *AND NOW,* this *The 25th of October, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 60 by the Chapter 13 Trustee,

   It is hereby *ORDERED, ADJUDGED and DECREED* that:

   (1) *On or before December 9, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *January 15, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-23355-GLT
Tracey L. Moranduzzo                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel          Page 1 of 2        Date Rcvd: Oct 25, 2019
                           Form ID: 604         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db            +Tracey L. Moranduzzo,   1221 Martin Avenue,   New Kensington, PA 15068-5021
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13909239      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX 79998)
13909240       CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
13909257      ++CITIBANK,   PO BOX 6043,   SIOUX FALLS SD 57117-6043
               (address filed with court: Sunoco/Citi,    Attention: Bankruptcy,   7920 NW 110th Street,
               Kansas City, MO 64153)
13909244      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank SD, N.A.,    Attn: Centralized Bankruptcy,   P.O. Box 20363,
               Kansas City, MO 64195)
13909242       +Chase,  P.o. Box 15298,   Wilmington, DE 19850-5298
13909241       +Chase,  P.O. Box 24696,   Columbus, OH 43224-0696
13909243       +Chase/BP,  P.O. Box 15298,   Wilmington, DE 19850-5298
13909247       +DSNB Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
13971434        ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,   POB 29262,
               NEW YORK, NY 10087-9262
13909248       +Excela Health Chestnut Ridge,   555 Route 217, Suite 5,   Latrobe, PA 15650-3438
13935469       +HSBC Mortgage Services, Inc.,   P.O. Box 21188,   Eagan, MN 55121-0188
13909250       +HSBC/MSCPI,   P.O. Box 3425,   Buffalo, NY 14240-3425
13909251       +IC System,  Attn: Bankruptcy,   444 Highway 96 East,   P.O. Box 64378,
               St. Paul, MN 55164-0378
13974494       +JPMorgan Chase Bank, National Association,   Chase Records Center Attn: Correspondenc,
               Mail Code: LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13936660        M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
13909253       +M&T Credit Services,   1100 Worley Drive,   Consumer Asset Management, 2nd Floor,
               Attn: Legal Documents,   Williamsville, NY 14221
13911590       +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13909255       +PNC Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13974491       +Peoples TWP, LLC,   375 N. Shore Drive, Suite 600,   Pittsburgh, PA 15212-5866,
               Attn: Dawn Lindner
13909256       +RJM Acquisitions LLC,   575 Underhill Boulevard,   Suite 224,   Syosset, NY 11791-3416
13909258       +TD Bank USA/Target Credit,   P.O. Box 673,   Minneapolis, MN 55440-0673
13909259        US Bank N.A, ND,   CB Disputes,   Saint Louis, MO 63166
13909260       +Westmoreland Hospital,   532 W. Pittsburgh Street,   Greensburg, PA 15601-2282
14421439       +Wilmington Savings Fund Society, FSB, d,   Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
14643730        eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13909245       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:26:08
               Comenity Bank/OneStopPlus.com,   Attention: Bankruptcy,   P.O. Box 182686,
               Columbus, OH 43218-2686
13909246       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:26:09   Comenity Bank/Roamans,
               P.O. Box 182789,   Columbus, OH 43218-2789
13909249       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:32:53   GECRB/Amazon,   Attn: Bankruptcy,
               P.O. Box 103104,   Roswell, GA 30076-9104
13966386        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2019 03:27:12   Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-
13968890        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:47:07
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13935457        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:21
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14231878        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:21
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13916301       +E-mail/Text: bncmail@w-legal.com Oct 26 2019 03:27:05   TD BANK USA, N.A.,
               C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                          TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CSMC 2019-JR1 Trust
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13909252*      +IC System,  Attn: Bankruptcy,   444 Highway 96 East,   P.O. Box 64378,
               St. Paul, MN 55164-0378
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13909254     ##+Peoples Gas,   P.O. Box 6766,   Pittsburgh, PA 15212-0766
                                                                              TOTALS: 2, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel           Page 2 of 2           Date Rcvd: Oct 25, 2019
                              Form ID: 604          Total Noticed: 35
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
          Brian J. Bleasdale    on behalf of Debtor Tracey L. Moranduzzo bleasdb@yahoo.com
          James   Warmbrodt    on behalf of Creditor   CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pawb@fedphe.com
          Joseph A. Dessoye    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                         TOTAL: 7