**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> TRACEY L. MORANDUZZO <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:14-23355 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.   The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

October 24, 2019

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/20/2014 and confirmed on 10/8/14. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,706.65 |
| Less Refunds to Debtor | 1,416.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 95,290.03 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,250.00 | |
|   Trustee Fee | 3,898.07 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,148.07 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 39,127.47 | 0.00 | 39,127.47 |
|     Acct: 0505 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 0.00 | 16,673.74 | 0.00 | 16,673.74 |
|     Acct: 5153 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 300.66 | 300.66 | 0.00 | 300.66 |
|     Acct: 5153 | | | | |
|   JPMORGAN CHASE BANK NA | 69.74 | 69.74 | 0.00 | 69.74 |
|     Acct: 0505 | | | | |
|   M & T BANK | 29,151.58 | 29,151.58 | 2,818.77 | 31,970.35 |
|     Acct: 4967 | | | | |
| | | | | 88,141.96 |
| **Priority** | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRACEY L. MORANDUZZO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRACEY L. MORANDUZZO | 1,416.62 | 1,416.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BLEASDALE LAW OFFICE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN J BLEASDALE ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | \*\*\*NONE\*\*\* | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4827 | | | | |
|   CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5256 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5922 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4663 | | | | |
|   ECAST SETTLEMENT CORP | 5,028.46 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7816 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 314.47 | 0.00 | 0.00 | 0.00 |
| Acct: 7774 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7774 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6720 | | | | |
|   EXCELA HEALTH CHESTNUT RIDGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5802 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 276.71 | 0.00 | 0.00 | 0.00 |
| Acct: 0834 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3001 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP | 649.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0284 | | | | |
|   PNC BANK NA | 4,741.62 | 0.00 | 0.00 | 0.00 |
| Acct: 7003 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 150.13 | 0.00 | 0.00 | 0.00 |
| Acct: 4302 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 941.94 | 0.00 | 0.00 | 0.00 |
| Acct: 4364 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F | 308.05 | 0.00 | 0.00 | 0.00 |
| Acct: 8625 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 3,551.07 | 0.00 | 0.00 | 0.00 |
| Acct: 1620 | | | | |
|   WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0150 | | | | |
|   M & T BANK | 57.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4967 | | | | |
|   EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | | | | |
|---|---|---|---|---:|
| TOTAL PAID TO CREDITORS | | | | 88,141.96 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 29,521.98 |
| SECURED | 16,019.92 |

Date: 10/24/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TRACEY L. MORANDUZZO

        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:14-23355

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                  BY THE COURT:

                                                  U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 14-23355-GLT
Tracey L. Moranduzzo                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: Oct 25, 2019
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.
```
db             +Tracey L. Moranduzzo,    1221 Martin Avenue,    New Kensington, PA 15068-5021
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13909239      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998)
13909240       CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
13909257      ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Sunoco/Citi,    Attention: Bankruptcy,    7920 NW 110th Street,
                 Kansas City, MO 64153)
13909244      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank SD, N.A.,    Attn: Centralized Bankruptcy,    P.O. Box 20363,
                 Kansas City, MO 64195)
13909242       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
13909241       +Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
13909243       +Chase/BP,    P.O. Box 15298,    Wilmington, DE 19850-5298
13909247       +DSNB Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13971434        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13909248       +Excela Health Chestnut Ridge,     555 Route 217, Suite 5,    Latrobe, PA 15650-3438
13935469       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, MN 55121-0188
13909250       +HSBC/MSCPI,    P.O. Box 3425,    Buffalo, NY 14240-3425
13909251       +IC System,    Attn: Bankruptcy,    444 Highway 96 East,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
13974494       +JPMorgan Chase Bank, National Association,    Chase Records Center Attn: Correspondenc,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13936660        M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13909253       +M&T Credit Services,    1100 Worley Drive,    Consumer Asset Management, 2nd Floor,
                 Attn: Legal Documents,    Williamsville, NY 14221
13911590       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13909255       +PNC Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13974491       +Peoples TWP, LLC,    375 N. Shore Drive, Suite 600,    Pittsburgh, PA 15212-5866,
                 Attn: Dawn Lindner
13909256       +RJM Acquisitions LLC,    575 Underhill Boulevard,    Suite 224,    Syosset, NY 11791-3416
13909258       +TD Bank USA/Target Credit,    P.O. Box 673,    Minneapolis, MN 55440-0673
13909259        US Bank N.A, ND,    CB Disputes,    Saint Louis, MO 63166
13909260       +Westmoreland Hospital,    532 W. Pittsburgh Street,    Greensburg, PA 15601-2282
14421439       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14643730        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13909245       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:26:00
                 Comenity Bank/OneStopPlus.com,    Attention: Bankruptcy,    P.O. Box 182686,
                 Columbus, OH 43218-2686
13909246       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:26:00      Comenity Bank/Roamans,
                 P.O. Box 182789,    Columbus, OH 43218-2789
13909249       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:15      GECRB/Amazon,    Attn: Bankruptcy,
                 P.O. Box 103104,    Roswell, GA 30076-9104
13966386        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2019 03:27:08      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-
13968890        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:35:31
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13935457        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:12
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14231878        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:13
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13916301       +E-mail/Text: bncmail@w-legal.com Oct 26 2019 03:27:05      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CSMC 2019-JR1 Trust
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13909252*      +IC System,    Attn: Bankruptcy,    444 Highway 96 East,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13909254      ##+Peoples Gas,    P.O. Box 6766,    Pittsburgh, PA 15212-0766
                                                                                    TOTALS: 2, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel                 Page 2 of 2             Date Rcvd: Oct 25, 2019
                              Form ID: pdf900            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor Tracey L. Moranduzzo bleasdb@yahoo.com
              James  Warmbrodt    on behalf of Creditor    CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6