**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Tracey L. Moranduzzo**
    Debtor(s)

Bankruptcy Case No.: 14–23355–GLT

Chapter: 13

## <u>FINAL DECREE</u>

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: December 23, 2019

<u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 14-23355-GLT
Tracey L. Moranduzzo                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha          Page 1 of 1          Date Rcvd: Dec 23, 2019
                             Form ID: 129         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db          +Tracey L. Moranduzzo,   1221 Martin Avenue,   New Kensington, PA 15068-5021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
          Brian J. Bleasdale    on behalf of Debtor Tracey L. Moranduzzo bleasdb@yahoo.com
          James  Warmbrodt    on behalf of Creditor   CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pawb@fedphe.com
          Joseph A. Dessoye    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                    TOTAL: 7