**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 14−23355−GLT

**Tracey L. Moranduzzo**
  Debtor(s)

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: December 23, 2019

Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 14-23355-GLT |
|---|---|---|
| Tracey L. Moranduzzo | | Chapter 13 |
| Debtor(s) | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: jhel | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracey L. Moranduzzo, 1221 Martin Avenue, New Kensington, PA 15068-5021 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 13909239 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 13909240 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 13909257 | ++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043 address filed with court:, Sunoco/Citi, Attention: Bankruptcy, 7920 NW 110th Street, Kansas City, MO 64153 |
| 13909244 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank SD, N.A., Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195 |
| 13909247 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13971434 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 13909248 | + | Excela Health Chestnut Ridge, 555 Route 217, Suite 5, Latrobe, PA 15650-3438 |
| 13935469 | + | HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, MN 55121-0188 |
| 13909250 | + | HSBC/MSCPI, P.O. Box 3425, Buffalo, NY 14240-3425 |
| 13909251 | + | IC System, Attn: Bankruptcy, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 13936660 | | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 13909253 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management, 2nd Floor, Attn: Legal Documents, Williamsville, NY 14221 |
| 13974491 | + | Peoples TWP, LLC, 375 N. Shore Drive, Suite 600, Pittsburgh, PA 15212-5866, Attn: Dawn Lindner |
| 13909256 | + | RJM Acquisitions LLC, 575 Underhill Boulevard, Suite 224, Syosset, NY 11791-3416 |
| 13909258 | + | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 13909259 | | US Bank N.A, ND, CB Disputes, Saint Louis, MO 63166 |
| 13909260 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |
| 14421439 | + | Wilmington Savings Fund Society, FSB, d, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14643730 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 13909245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2020 03:48:00 | Comenity Bank/OneStopPlus.com, Attention: Bankruptcy, P.O. Box 182686, Columbus, OH 43218-2686 |
| 13909246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2020 03:48:00 | Comenity Bank/Roamans, P.O. Box 182789, Columbus, OH 43218-2789 |
| 13909249 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 24 2020 03:11:14 | GECRB/Amazon, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 13966386 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 24 2020 03:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302- |
| 13909242 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

District/off: 0315-2                    User: jhel                              Page 2 of 3

Date Rcvd: Dec 23, 2020              Form ID: pdf900                      Total Noticed: 36

| | | Dec 24 2020 03:11:18 | Chase, P.o. Box 15298, Wilmington, DE 19850 |
|---|---|---|---|
| 13909243 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Dec 24 2020 03:17:57 | Chase/BP, P.O. Box 15298, Wilmington, DE 19850 |
| 13974494 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Dec 24 2020 03:17:57 | JPMorgan Chase Bank, National Association, Chase Records Center Attn: Correspondenc, Mail Code: LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13909241 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Dec 24 2020 03:05:54 | Chase, P.O. Box 24696, Columbus, OH 43224 |
| 13911590 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 24 2020 03:48:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 13909255 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 24 2020 03:48:00 | PNC Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 13968890 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 24 2020 03:05:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14231878 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 24 2020 03:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13935457 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 24 2020 03:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13916301 | + Email/Text: bncmail@w-legal.com | | |
| | | Dec 24 2020 03:49:00 | TD BANK USA, N.A., C O WEINSTEIN,PINSON AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2019-JR1 Trust |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13909252 | *+ | IC System, Attn: Bankruptcy, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 13909254 | ##+ | Peoples Gas, P.O. Box 6766, Pittsburgh, PA 15212-0766 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:

District/off: 0315-2                               User: jhel                                    Page 3 of 3
Date Rcvd: Dec 23, 2020                          Form ID: pdf900                            Total Noticed: 36

| Name | Email Address |
| --- | --- |
| Brian J. Bleasdale | on behalf of Debtor Tracey L. Moranduzzo bleasdb@yahoo.com |
| James Warmbrodt | on behalf of Creditor CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Equitable Gas Bankruptcy Department sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com |

TOTAL: 7